## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN R. BISHOP, RANDY D. CHEATUM, TYLER JURGENSMEYER, JOHN A. KUZEMKA, SHAWN MCGAUGHEY AND JASON STULTZ, Individually, and on behalf of other similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEARTLAND SERVICES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-2323 CM<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

In accordance with the Court's Order of May 10, 2007, the parties have submitted an agreed form of Notice and Consent. After review of the proposal, the Court approves the Notice and Consent (attached as Exhibit A) and directs that it be mailed to the potential class members as defined therein.

Date:　June 12, 2007　　　　　　　　　　　　s/ Carlos Murguia
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge